## VIRGINIA:

*In the Supreme Court of Virginia held at the Supreme Court Building in the City of Richmond on Thursday the 14th day of March, 2024.*

Present: All the Justices

UNITED SERVICES AUTOMOBILE ASSOCIATION,                                  APPELLANT,

  against        Record No. 230323
                    Court of Appeals No. 0391-22-1

BRUCE A. ESTEP,                                                                                       APPELLEE.

UPON AN APPEAL FROM A
JUDGMENT RENDERED BY THE
COURT OF APPEALS OF VIRGINIA.

Upon consideration of the record, briefs, and argument of counsel, the Court is of the opinion that there is no reversible error in the judgment of the Court of Appeals. Accordingly, the Court affirms the judgment of the Court of Appeals for the reasons stated in *United Services Auto. Ass'n v. Estep*, 77 Va. App. 16 (2023).

This order shall be published in the Virginia Reports and certified to the Court of Appeals of Virginia and the Circuit Court for the City of Chesapeake.

JUSTICE POWELL, dissenting.

For the reasons stated by Judge O'Brien in her dissent, *Estep*, 77 Va. App. at 32-35, I do not join with the majority and, therefore, I respectfully dissent.

A Copy,

Teste:

<!-- signature -->

Clerk